1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Pl., 5th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
5  Attorneys for Plaintiff

6              IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                         SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MOSES, | Case No.: 5:15-CV-5548-BLF |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Michael Moses and defendant Equifax, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   February 26, 2016

                              **Sagaria Law, P.C.**
                              /s/ *Elliot Gale*
                              Elliot Gale
                              Attorneys for Plaintiff