SEYFARTH SHAW LLP
Eric R. McDonough (SBN 193956)
emcdonough@seyfarth.com
Joseph A. Escarez (SBN 266644)
jescarez@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
OPORTUN FINANCIAL CORPORATION

SAGARIA LAW, P.C.
Scott J. Sagaria (BAR # 217981)
Elliot W. Gale (BAR #263326)
Joe B. Angelo (BAR #268542)
Scott M. Johnson (BAR #287182)
2033 Gateway Place, Floor
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff
MICHAEL MOSES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOSES,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; AFNI, INC.; CASHCALL, INC.; GENERAL MOTORS, LLC; OPORTUN FINANCIAL CORPORATION and DOES 1 through 100 inclusive<br><br>             Defendants. | Case No. 5:15-cv-05548-BLF<br><br>[Assigned to Hon. Beth Labson Freeman]<br><br>**NOTICE OF SETTLEMENT**<br><br>Date Action Filed:  December 3, 2015 |

NOTICE OF SETTLEMENT

25104509v.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Michael Moses and Defendant Oportun Financial Corporation ("Oportun") have reached a settlement in principle, which will result in the dismissal of Oportun from this action with prejudice.  The parties anticipate that they will file a stipulation of dismissal within the next 30 days.

DATED:  March 4, 2016

SEYFARTH SHAW LLP

By    */s/ Joseph A. Escarez*
Eric R. McDonough
Joseph A. Escarez

Attorneys for Defendant
OPORTUN FINANCIAL CORPORATION

DATED:  March 4, 2016

BURSOR & FISHER, P.A.

By    */s/ Elliot W. Gale*
ELLIOT W. GALE

Attorneys for Plaintiff
MICHAEL MOSES

2

25104509v.1