1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   MICHAEL MOSES,                          Federal Case No.: 5:15-CV-05548-BLF
12
            Plaintiff,
13
      vs.                                  **PLAINTIFF'S NOTICE OF VOLUNTARY
14                                         DISMISSAL OF DEFENDANT
   EXPERIAN INFORMATION SOLUTIONS,         CASHCALL, INC. PURSUANT TO
15 INC.; et. al.,                          FEDERAL RULE OF CIVIL
                                           PROCEDURE 41(A)(1)**
16          Defendants.

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Michael Moses, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant CashCall, Inc. as to all claims in this

21 action.

22      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23      41(a) Voluntary Dismissal

24      (1) By the Plaintiff

25          (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26              applicable federal statute, the plaintiff may dismiss an action without a court

27              order by filing:

28                  (1) a notice of dismissal before the opposing party serves either an answer

                                          1
              PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

1  or a motion for summary judgment.

2  Defendant CashCall, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for
3  summary judgment. Accordingly, the matter may be dismissed against it for all purposes and
4  without an Order of the Court.

5

6  Dated: March 11, 2016                                  Sagaria Law, P.C.

7
                                                    By:   */s/ Elliot W. Gale*
8                                                         Elliot W. Gale
                                                    Attorneys for Plaintiff
9                                                   Michael Moses

10