UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHAEL MOSES,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 5:15-cv-05548-BLF<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

On March 17, 2016 the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Amended Complaint due | 03/31/2016 |
| Case Management Statement due | 09/29/2016 |
| Further Case Management Conference | 10/06/2016 at 2:00 pm |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | 11/16/2017 at 1:30 pm |
| Trial | 12/11/2017 at 9:00 am |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the parties are referred to ADR for settlement
6 discussions, to be completed by 05/16/2016.

Dated: 03/17/2016

_____
BETH LABSON FREEMAN
United States District Judge