1  Katherine A. Neben (State Bar No. 263099)
   kneben@JonesDay.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:      (949) 851-3939
4  Facsimile:       (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| | |
|---|---|
| MICHAEL MOSES, | Case No. 5:15-cv-05548-BLF |
| Plaintiff, | Assigned to:  Hon. Beth Labson Freeman |
| v. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Experian Information Solutions, Inc.; Equifax, Inc.; AFNI, Inc.; CashCall, Inc.; General Motors, LLC; Oportun Financial Corporation and DOES 1 through 100 inclusive, | Complaint filed:  December 3, 2015 |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff Michael Moses and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

   The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty(30) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with prejudice of the claims asserted against Experian.

NAI-1502307118v1

NOTICE OF SETTLEMENT
Case No. 5:15-cv-05548-BLF

| | | |
|---|---|---|
| 1 | Dated:  December 8, 2016 | Respectfully submitted, |
| 2 | | Jones Day |

By:  */s/ Katherine A. Neben*
      Katherine A. Neben

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  December 8, 2016       SARAGRIA LAW, P.C.

By:  */s/ Elliot W. Gale*
      Elliot W. Gale

Attorneys for Plaintiff
MICHAEL MOSES

**Signature Certification**

    Pursuant to Local Rule 5.1, I hereby attest that I have received the consent of all signatories listed with corresponding signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  December 8, 2016       Respectfully submitted,

By: */s/ Katherine A. Neben*
      Katherine A. Neben
      JONES DAY

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Katherine A. Neben, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On December 8, 2016, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Elliot Wayne Gale<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA  95110<br>T:  (408) 279-2288<br>F:  (408) 279-2299<br>Email: egale@sagarialaw.com<br>*Attorneys for Plaintiff* | Damian Patrick Richard<br>Sessions Fishman Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>T:  (619) 758-1891<br>F:  (619) 296-2013<br>Email:  drichard@sessions.legal<br>*Attorneys for AFNI, Inc.* |

Executed on December 8, 2016, at Irvine, California.

*/s/ Katherine A. Neben*
Katherine A. Neben