SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**,
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MOSES, | Case No.: 5:15-CV-05548-BLF |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT AFNI, INC.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Michael Moses and defendant AFNI, Inc., that AFNI, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  January 19, 2017            Sagaria Law, P.C.

By:    /s/ Elliot W. Gale
              Elliot W. Gale
Attorneys for Plaintiff
Michael Moses


DATED: January 18, 2017            **Sessions Fishman Nathan & Israel, LLP**

By: /s/ Damian Richard
        Damian Richard
Attorney for Defendant
AFNI, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Damian Richard has concurred in this filing.

/s/ Elliot Gale


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant AFNI, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED: _____          _____
                                                            Beth L. Freeman
                                                            UNITED STATES DISTRICT JUDGE